Robert YOUNG, Appellant,

v.

ROYAL TOWERS LIMITED PARTNERSHIP, et al., Respondent.

No. WD 50491.

Missouri Court of Appeals, Western District.

Submitted Nov. 21, 1995.

Decided March 5, 1996.

John R.T. Mitchell, Kansas City, for appellant.

Kerry J. Kinkade, Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Robert Young appeals from the trial court's grant of summary judgment, on grounds of res judicata, in favor of National Corporation for Housing Partnership and NCHP Property Management, Inc. Young's sole point on appeal is that the court erred in its ruling because his claim was not barred by the doctrine of res judicata.

Judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Martin Rodriguez GONZALES, Appellant.

No. WD 51584.

Missouri Court of Appeals, Western District.

March 12, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).